No. 88–429. PUBLIC CITIZEN *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL.; and

No. 88–494. WASHINGTON LEGAL FOUNDATION *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. D. C. D. C. [Proba-

ble.jurisdiction noted, 488 U. S. 979.] Motion of the Acting Solicitor General for divided argument denied. Motion of appellants for divided argument granted. JUSTICE SCALIA took no part in the consideration or decision of these motions.